UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 07-397 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ANGEL COLON-VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Knowingly and Willfully Damaging Property of an Energy Facility

<u>Date of Detention Hearing</u>:   Initial Appearance, August 17, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant is charged by Complaint in the District of Puerto Rico in Case No. 07-499(M). He has waived an identity hearing and an Order of Transfer has been signed. He reserves

DETENTION ORDER                                                                                      15.13
18 U.S.C. § 3142(i)                                                                                  Rev. 1/91
PAGE 1

01 his right to request a preliminary examination in the charging district.

02     2.    Defendant is believed to have been born in Puerto Rico, and to reside in Seattle,
03 Washington. He was not interviewed by Pretrial Services. There is little additional information
04 available about his background. He does not contest detention.

05     3.    Defendant poses a risk of nonappearance due to lack of available background
06 information. He is not found to pose a risk of danger.

07     4.    There does not appear to be any condition or combination of conditions that will
08 reasonably assure the defendant's appearance at future Court hearings.

09 It is therefore ORDERED:

10     (1)    Defendant shall be detained pending trial and committed to the custody of the
11 Attorney General for confinement in a correction facility separate, to the extent
12 practicable, from persons awaiting or serving sentences or being held in custody
13 pending appeal;

14     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
15 counsel;

16     (3)    On order of a court of the United States or on request of an attorney for the
17 Government, the person in charge of the corrections facility in which defendant is
18 confined shall deliver the defendant to a United States Marshal for the purpose of
19 an appearance in connection with a court proceeding; and

20 / / /

21 / / /

22 / / /

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of August, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91